1  MICHAEL J. AMADOR, ESQ.
   Nevada Bar No. 2323
2  MICHAEL J. AMADOR, CHTD.
   800 So. 7th Street
3  Las Vegas, Nevada 89101
   (702) 382-2990 Phone
4  (702) 382-0495
   amadorlaw@cox.net
5
6  C. CONRAD CLAUS, ESQ.
   Nevada Bar No. 6601
7  The Law Offices of C. Conrad Claus
   816 E. Ogden Ave.
8  Las Vegas, Nevada 89101
   (702) 501-7217
9  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| KIM ARLENE HATCHEL, individually and as the surviving mother of the decedent and as special administratrix of the Estate of MICHELLE HATCHEL, deceased; HELEN BARKER, individually and as the surviving grandmother of the decedent, TYLER HATCHEL, individually and as the surviving brother of the decedent; CARRIE BARKER, individually and as the surviving aunt of the decedent; <br><br>　　　　　Plaintiffs, <br>　　vs. <br><br>WALTER EDWARD SCHEETZ aka ED SCHEETZ; ANNIE DARROHN; MORGANS HOTEL GROUP CO.; MORGANS HOTEL GROUP, LLC; MORGANS HOTEL MANAGEMENT, LLC; MORGANS HOTEL GROUP MANAGEMENT; DOES I through XXX, ROE corporations I through XXX, inclusive, <br><br>　　　　　Defendants. | **Case No. 2:09-CV-01653-RLH-RJJ** <br><br><br>**AMENDED NOTICE OF DISMISSAL WITH PREJUDICE** |

/ / /

-1-

1   Notice is hereby given that Plaintiffs Kim Arlene Hatchel (individually and as special

2   Adiminsitratrix of the Estate of Michelle Hatchel), Helen Barker, Tyler Hatchel, and Carrie Barker

3   (Plaintiffs"), by and through their undersigned counsel, hereby dismiss the above-entitled action with

4/5 prejudice against defendants Walter Edward "Ed" Scheetz, Andrea "Annie" Darrohn, Morgans Hotel

6   Group Co., Morgans Hotel Group, LLC., Morgans Hotel Management, LLC and Morgans Hotel Group

7   Management ("Defendants") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

8   Plaintiffs hereby file this notice of dismissal with the Clerk of Court prior to service by

9/10 Defendants of an answer or a motion for summary judgment. Dismissal under Rule 41(a)(1) with

11  prejudice is therefore proper.

13  DATED this __7th__ day of January, 2010.

15  By:_____/S/_ Michael J. Amador_____
    Michael J. Amador, Esq.
16  800 South Seventh Street
    Las Vegas, Nevada 89101
17  Tel: (702) 382-2990
18  Fax: (702) 382-0495

21  By:_____/S/_ C. Conrad Claus_____
    C. Conrad Claus, Esq.
22  Nevada Bar No. 6601
23  816 E. Ogden Ave.
    Las Vegas, Nevada 89101
24
25  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that service of the foregoing <u>AMENDED NOTICE OF DISMISSAL WITH PREJUDICE</u> was made this <u>7th</u> day of January, 2010, by depositing a true and correct copy of the same for mailing, postage fully prepaid, first class mail, at Las Vegas, Nevada, addressed to the following:

Attorneys for Defendants:

Arkin Kaplan Rice, LLP.
590 Madison Avenue, 35th Fl.
New York, New York 10022
Attention: Stanley S. Arkin, Esq.

and

Campbell & Williams
700 South Seventh Street
Las Vegas, NV 88101
Attention: Donald J. Campbell, Esq.

                           /S/  Cheryl Becnel
                           *Cheryl Becnel, an employee of the*
                           Law Office of Michael J. Amador, Chtd.